44 A.3d 1 (2012)
In re Nomination Petition of George M. SCHROECK.
No. 5 WAP 2012.
Supreme Court of Pennsylvania.
Submitted March 21, 2012.
Decided April 5, 2012.
Felicia Raye Schroeck, Erie, for George M. Schroeck.
Charles Anthony Pascal Jr., for David R. Wolfe.
BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

ORDER
PER CURIAM.
AND NOW, this 5th day of April, 2012, the order of the Commonwealth Court is hereby AFFIRMED.